AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| ZILOLA YUSUPOV, INNA CORAL<br>DMITRIY LASHMAN and TATYANA SPIVAK<br><br>*Plaintiff(s)*<br>v.<br>HOME ATTENDANT VENDOR AGENCY, INC.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 19-cv-028   CBA-SJB<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  HOME ATTENDANT BENDOR AGENCY, INC.
3036 Nostrand Avenue
Brooklyn, New York 11229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   LAW OFFICE OF DAVID A. FEINIERMAN
2765 Coney Island Avenue, 2nd floor
Brooklyn, New York 11235

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

1/9/2019

Date: ~~XX/02/20XX9~~



DOUGLAS C. PALMER
*CLERK OF COURT*

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*